UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

**JS-6**

Priority
Send
Enter
Closed
JS-5/JS-6
Scan Only

**CASE NO.:** CV 15-05606 SJO (JCx)  **DATE:** August 17, 2015

**TITLE:** Taran Tactical Innovations, LLC v. Michael Kenney et al

========================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Cruz                                   Not Present
Courtroom Clerk                               Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**         **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                   Not Present

========================================================================
**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the REQUEST to Dismiss Case filed by Plaintiff Taran Tactical Innovations, LLC. [13] filed 08/16/2015. Accordingly, the Court Orders this matter dismissed pursuant to the Request to Dismiss Case.